Argued October 25, affirmed October 25, 1972

STATE OF OREGON, *Respondent, v.* RICHARD R. McKONLY (No. 76497), *Appellant.*

501 P2d 1299

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.